# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **TDC SPECIALTY INSURANCE COMPANY,** | ) <br> ) **CIVIL ACTION NO. 21-cv-50125** |
| **Plaintiff,** | ) <br> ) |
| v. | ) <br> ) |
| **MERCY HEALTH CORPORATION,** *et al.*, | ) <br> ) <br> ) |
| **Defendants.** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice, and without fees or costs to any party, prior to service by any Defendant of either an answer to Plaintiff's complaint or a motion for summary judgment.

Dated this 30th day of April, 2021.

Respectfully submitted,

/s/ James J. Stamos
James J. Stamos (ARDC No. 03128244)
John J. Kakacek
Stamos & Trucco
1 East Wacker Drive
Third Floor
Chicago IL 60601
312-630-7979 (tel.)
312-630-1183 (fax)
jstamos@stamostrucco.com

*Counsel for Plaintiff TDC Specialty Insurance Company*

*Of Counsel:*
Mary E. Borja
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000 (tel.)
(202) 719-7049 (fax)
mborja@wileyrein.com

**Certificate of Service**

    I certify that on April 30, 2021, the foregoing **Notice of Voluntary Dismissal** was filed electronically and a copy of that document and is on the filing date being served on counsel for the parties who have appeared herein, the same being **Seth D. Lamden** (Blank Rome LLP) as attorney for Defendants Mercy Health Corporation, Javon B. Hospital f/k/a Rockford Memorial Hospital, Rockford Health Physicians, Justin K. Kwak, M.D,, Philip T. Miner, M.D., Isabel A. Gonzalez, M.D. and Adnan I. Qureshi, M.D., pursuant to the Court's electronic filing system.

    /s/ James J. Stamos
    James J. Stamos (ARDC No. 03128244)
    John J. Kakacek
    Stamos & Trucco
    1 East Wacker Drive
    Third Floor
    Chicago IL 60601
    312-630-7979 (tel.)
    312-630-1183 (fax)
    jstamos@stamostrucco.com

*Counsel for Plaintiff TDC Specialty Insurance Company*